```
_____ FILED _____ LODGED
_____ RECEIVED
Oct 05, 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE L. RAWLE,<br><br>Defendant. | NO.   3:23-cr-05286-DGE<br><br>INFORMATION |

The United States Attorney charges that:

### COUNT 1

**(Theft From Program Receiving Federal Funds)**

Beginning in or about May 2018 and continuing through in on about September 2019, in Pierce County, Washington, and within the Western District of Washington, DEBBIE L. RAWLE, being an agent and employee of the Western Washington Indian Employment Program ("WWIEP"), which received benefits through a federal grant program in excess of $10,000 in each of fiscal years 2018 and 2019, embezzled, stole, obtained by fraud, and otherwise without authority, knowingly converted to her own use, and intentionally misapplied property valued at $5,000 or more, that is, $99,990.07 in money, funds and assets owned by and under the care, custody and control of WWIETP.

INFORMATION - 1
*United States v. Debbie L. Rawle*
USAO# 2020R00028

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 666(a)(1)(A).

DATED this 5th day of October, 2023.

_____
TESSA M. GORMAN
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
J. TATE LONDON
Assistant United States Attorney

INFORMATION - 2
*United States v. Debbie L. Rawle*
USAO# 2020R00028

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970